UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRIAM LUZ FLOYD,

    Plaintiff,

v.                                                                                                                   Case No: 6:16-cv-813-Orl-41TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

    This matter comes before the Court on review of the docket. Upon consideration, I respectfully recommend that this case be **dismissed** for failure to prosecute.

    Through counsel, Plaintiff filed her complaint for review of an administrative decision by the Commissioner of Social Security (Doc. 1). The case proceeded in the usual course until Plaintiff's counsel was given leave to withdraw her representation, on the ground that she had been discharged by Plaintiff (Docs. 14-17). In its Order, the Court cautioned the now *pro se* Plaintiff that she must abide by and comply with all orders of this Court and that failure to do so may result in sanctions, including the striking of pleadings (Doc. 17). She was also advised that if she missed a filing deadline, she must file a motion seeking leave of Court to file the document out of time. Id.

    On August 30, 2016, the Court issued an Amended Scheduling Order directing Plaintiff to file a memorandum by November 25, 2016 (Doc. 18). Despite service of the Order, Plaintiff failed to file her memorandum. On January 20, 2017, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute (Doc.

19). Plaintiff was again cautioned that failure to timely and adequately respond may result in the dismissal of this case without further notice. Id.

Plaintiff filed a paper in response to the Order to Show Cause Order (Doc. 20), which the Court found to lack a convincing showing of diligence (Doc. 21). Nonetheless, in view of her *pro se* status and the Court's preference for deciding cases on the merits, Plaintiff was given until February 24, 2017, in which to file her memorandum, as directed by the prior scheduling order. Id. Plaintiff was once again cautioned that failure to timely file her brief "will result in the imposition of sanctions, including a recommendation that her case be dismissed for failure to prosecute." Id.

As of the date of this Report, Plaintiff has not filed her brief. It is therefore **respectfully recommended** that the Complaint be **dismissed,** for failure to prosecute.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on February 27, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record
    Unrepresented Parties